### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **RYAN PFLIPSEN,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | **CIVIL ACTION** |
| vs. ) | |
| ) | **FILE No. 5:25-cv-300** |
| **Z & H FOODS, INC. d/b/a** ) | |
| **POPEYE'S #227,** ) | |
| ) | |
|    Defendant(s). ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

    Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

    The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                       Respectfully submitted,
                                       **KURZ LAW GROUP, LLC**
                                       4355 Cobb Parkway, SE, Suite J-285
                                       Atlanta, GA 30339
                                       www.kurzlawgroup.com
                                       (404) 805-2494 Telephone
                                       (770) 428-5356 Facsimile

                              By: */s/ Dennis R. Kurz*
                                       Dennis R. Kurz
                                       Texas State Bar No. 24068183
                                       dennis@kurzlawgroup.com
                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that on the 19th day of December, 2025, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Trey Thomas
General Counsel
**ZNH Foods, Inc.**
4415 Highway 6 South
Sugar Land, Texas 77478
Email: tthomas@znhfoodsinc.com
*Attorney for Defendant, Z & H Foods, Inc.*

                */s/ Dennis R. Kurz*
                Dennis R. Kurz