**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIODIVISION**

**RYAN PFLIPSEN,**

***Plaintiff***

**v.** **No. SA-25-CV-00300-JKP**

**Z & H FOODS, INC.,**

***Defendant***

# ORDER

Before the Court is the status of this matter.

Plaintiff initiated this action against Defendant on March 23, 2025. *ECF No. 1*. Plaintiff requested issuance of a summons from the Court on March 23, 2025, and a summons was issued on March 25, 2025. *ECF Nos. 2, 3*. Plaintiff did not complete service, nor has Plaintiff requested more time from the Court to complete service. Federal Rule of Civil Procedure 4(m) provides, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court Ordered Plaintiff to complete service to prevent dismissal of the case for want of Prosecution. *ECF No. 9*. Plaintiff informed the Court the parties reached a settlement. *ECF No. 13*.

For this reason, the Court ORDERS Plaintiff to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents on or before **ten (10) days from the date of this Order**. *See* Fed. R. Civ. P. 41. Should Plaintiff be unable to finalize the settlement and submit appropriate filings and documents by that date, he must request an extension of time to do so. If Plaintiff does not file a Stipulation of Dismissal or an Agreed

Judgment or request an extension by the appropriate deadline, the Court shall dismiss the case for want of prosecution.

The Court withdraws the referral of all pretrial matters to the assigned Magistrate Judge.

It is so ORDERED.
SIGNED this 5th day of January, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE